**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Frederick G. Heller III a/k/a Frederick**
**George Heller, III a/k/a Frederick Heller, III a/k/a**
**Frederick Heller a/k/a Frederick G. Heller a/k/a**
**Frederick George Heller**

**BK NO. 19-02859 MJC**

**Chapter 13**

      **Kristine Carmen Heller a/k/a Kristine C.**
**Heller a/k/a Kristine Heller a/k/a Kristine Ludwig**
**a/k/a Kristine Carmen Ludwig a/k/a Kristine C.**
**Ludwig**

**Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

          Respectfully submitted,

/s/ 

Rebecca Solarz
11 Apr 2022, 10:39:33, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 006c46211892fc795759a7caaef7e288547f649ecedcc4b68db9b40a2a77d0f5