United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02859-MJC
Frederick G. Heller, III  Chapter 13
Kristine Carmen Heller
   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frederick G. Heller, III, Kristine Carmen Heller, 265 Five Springs Road, Stroudsburg, PA 18360-8277 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022        Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Carrington Mortgage Services LLC pa-bk@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Frederick G. Heller III lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

Vincent Rubino
    on behalf of Debtor 2 Kristine Carmen Heller
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristine Carmen Heller a/k/a Kristine C. Heller a/k/a Kristine Heller a/k/a Kristine Ludwig a/k/a Kristine Carmen Ludwig a/k/a Kristine C. Ludwig<br>　　　Frederick G. Heller III a/k/a Frederick George Heller, III a/k/a Frederick Heller, III a/k/a Frederick Heller a/k/a Frederick G. Heller a/k/a Frederick George Heller<br>　　　　　　Debtor(s)<br><br>AMERICAN HERITAGE CREDIT UNION<br>　　　　　　Movant<br>　　vs.<br><br>Kristine Carmen Heller a/k/a Kristine C. Heller a/k/a Kristine Heller a/k/a Kristine Ludwig a/k/a Kristine Carmen Ludwig a/k/a Kristine C. Ludwig<br>Frederick G. Heller III a/k/a Frederick George Heller, III a/k/a Frederick Heller, III a/k/a Frederick Heller a/k/a Frederick G. Heller a/k/a Frederick George Heller<br>　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 5-19-bk-02859 MJC |

## ORDER

Upon consideration of Movant's Motion to Approve Loan Modification, it is **ORDERED AND DECREED** that:

The Motion is granted, and Movant and Debtors are authorized to enter into the Loan Modification attached to Movant's Motion to Approve Loan Modification as Exhibit B, and it is further

**ORDERED AND DECREED** that the Loan Modification Agreement does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mark J. Conway, Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　Dated: July 7, 2022