In re:      Case No. 19-02859-MJC
Frederick G. Heller, III      Chapter 13
Kristine Carmen Heller
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 03, 2024     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick G. Heller, III, Kristine Carmen Heller, 265 Five Springs Road, Stroudsburg, PA 18360-8277 |
| 5218149 | + | LEHIGH VALLEY ANES SERV, LOCK BOX 3367 PO BOX 8500, PHILADELPHIA, PA 19178-0001 |
| 5218150 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT ACCOUNTING DEPT, PO BOX 4120, ALLENTOWN, PA 18105-4120 |
| 5218153 | ++ | NBT BANK NA, 52 SOUTH BROAD STREET, NORWICH NY 13815-1699 address filed with court:, NBT BANK, LOAN OPERATION, PO BOX 149, CANAJOHARIE, NY 13317 |
| 5218154 | + | NEPA COMMUNITY FCU, 337 CLAY AVENYE, STROUDSBURG, PA 18360-1288 |
| 5218155 | + | NORTHWOOD SURGERY CENTER, 3729 EASTON-NAZARETH HWY, EASTON, PA 18045-8339 |
| 5218158 | | STATE FARM LIFE INSURANCE CO, PO BOX 2364, BLOOMINGTON, IL 61702-2364 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jan 03 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218133 | + | Email/Text: broman@amhfcu.org | Jan 03 2024 18:43:00 | AMERICAN HERITAGE FCU, 2060 RED LION ROAD, PHILADELPHIA, PA 19115-1699 |
| 5218134 | + | EDI: CITICORP | Jan 03 2024 23:42:00 | BEST BUY CREDIT SERVICES, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5218135 | | EDI: CAPITALONE.COM | Jan 03 2024 23:42:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5239236 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 03 2024 18:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5218137 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 03 2024 18:42:00 | CARRINGTON MORTGAGE SERVICES, PO BOX 5001, WESTFIELD, IN 46074 |
| 5218138 | + | EDI: CITICORP | Jan 03 2024 23:42:00 | CITI, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5218139 | + | EDI: CITICORP | Jan 03 2024 23:42:00 | CITICARDS CBNA, 701 E 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5218140 | | EDI: WFNNB.COM | Jan 03 2024 23:42:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5218141 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2024 18:45:58 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5233560 | | EDI: CAPITALONE.COM | Jan 03 2024 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5242401 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 19:02:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5243696 | + | EDI: CITICORP | Jan 03 2024 23:42:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5218142 | | EDI: DISCOVER | Jan 03 2024 23:42:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5221331 | | EDI: DISCOVER | Jan 03 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5218143 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 03 2024 18:43:00 | FIRST BANKCARD, PO BOX 2557, OMAHA, NE 68103-2557 |
| 5218145 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 03 2024 18:43:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68197 |
| 5226301 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 03 2024 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 5218144 | | EDI: AMINFOFP.COM | Jan 03 2024 23:42:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5218146 | + | EDI: CITICORP | Jan 03 2024 23:42:00 | HOME DEPOT CREDIT SVCS, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 5218147 | | EDI: IRS.COM | Jan 03 2024 23:42:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5218136 | | EDI: JPMORGANCHASE | Jan 03 2024 23:42:00 | CARDMEMBER SERVICE, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 5218148 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 03 2024 18:42:00 | KOHLS DEPT STORES, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5237490 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 18:45:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5218151 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 03 2024 18:42:00 | MERCURY CARD SERVICES, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5233985 | | Email/PDF: MerrickBKnotifications@Resurgent.com | Jan 03 2024 19:02:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5218152 | | Email/PDF: MerrickBKnotifications@Resurgent.com | Jan 03 2024 19:01:53 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5230920 | + | Email/Text: bankruptcy@nbtbank.com | Jan 03 2024 18:43:00 | NBT Bank NA, 52 South Broad St, Norwich, NY 13815-1699 |
| 5224635 | + | Email/Text: jbenner@nepafcu.org | Jan 03 2024 18:43:00 | NE PA Community Federal Credit Union, 337 Clay Ave, Stroudsburg, PA 18360-1288 |
| 5243899 | | EDI: PRA.COM | Jan 03 2024 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5235844 | + | EDI: JEFFERSONCAP.COM | Jan 03 2024 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5240942 | | EDI: Q3G.COM | Jan 03 2024 23:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5218156 | + | Email/Text: bankruptcy@bbandt.com | Jan 03 2024 18:43:00 | SHEFFIELD, 6010 GOLDING CENTER DRIVE, WINSTON SALEM, NC 27103-9815 |
| 5218157 | | Email/Text: bankruptcy@bbandt.com | Jan 03 2024 18:43:00 | SHEFFIELD FINANCIAL, PO BOX 580229, CHARLOTTE, NC 28258-0229 |
| 5218159 | | EDI: SYNC | Jan 03 2024 23:42:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5220292 | | Email/Text: bankruptcy@bbandt.com | Jan 03 2024 18:43:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |

| | | | | |
|---|---|---|---|---|
| 5218700 | + EDI: SYNC | Jan 03 2024 23:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5221514 | | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, A |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Carrington Mortgage Services  LLC pa-bk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Frederick G. Heller  III lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Kristine Carmen Heller lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frederick G. Heller III <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8374 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Kristine Carmen Heller <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4268 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–02859–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frederick G. Heller III
aka Frederick Heller III, aka Frederick George Heller III, aka Frederick Heller, aka Frederick George Heller, aka Frederick G. Heller

Kristine Carmen Heller
aka Kristine Heller, aka Kristine C. Heller, aka Kristine Ludwig, aka Kristine C. Ludwig, aka Kristine Carmen Ludwig

1/3/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2